Lane v. Lane, 211 Ill. App. 511.

MR. JUSTICE HOLDOM delivered the opinion of the court.

## Abstract of the Decision.

SALES, § 352*—*when purchaser may recover back purchase price of motor truck.* The purchaser of a motor truck is entitled to recover back the purchase price where the written contract of sale contains a condition that the truck is "to be running and in usable condition," and it is impossible to run the truck.

---

## Blanche G. Lane, Appellee, v. Frederick J. Lane, Appellant.

### Gen. No. 24,103.   (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. HENRY GUERIN, Judge, presiding. Heard in this court at the March term, 1918. Affirmed. Opinion filed July 1, 1918.

## Statement of the Case.

Bill by Blanche G. Lane, complainant, against Frederick J. Lane, defendant, for separate maintenance. From a decree ordering the payment of $65 monthly to complainant and the sum of $300 for the necessary expense of an operation, hospital expenses, doctor's fees, etc., defendant appeals.

LYNDEN EVANS, for appellant.

SMITH, FAKE, LEVINSON & HOFFMAN, for appellee.

MR. JUSTICE HOLDOM delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Abstract of the Decision.

1. HUSBAND AND WIFE, § 217*—*when shown that wife was living apart from husband without fault of her own.* On a bill by a wife for separate maintenance where it appeared that defendant cut off complainant's account at the grocery, meat market and other stores, shut off the gas and electric light in their apartment and refused to pay rent therefor and left complainant, and the testimony tended to show that defendant consorted with other women, evidence *held* sufficient to show that complainant was living apart from defendant without her fault.

2. HUSBAND AND WIFE, § 243*—*what is proper monthly allowance to wife in separate maintenance suit.* The allowance to a wife, in a separate maintenance suit, of the sum of $65 per month was proper, although during the marriage the wife had earned $1,550 as a school-teacher, where she was in poor health at the time of trial and a surgical operation was, according to a medical witness, necessary, and the husband had been earning $4,100 per year.

3. HUSBAND AND WIFE, § 243*—*what is not excessive allowance to wife for surgical operation.* In a separate maintenance suit, the allowance of the sum of $300 for a necessary surgical operation for the wife was proper where the husband had an income of $4,100 per year.

4. HUSBAND AND WIFE, § 265*—*when application to vary monthly allowance to wife is proper.* Where a wife, in a separate maintenance suit, has been awarded a specific sum payable monthly on account of her poor physical condition, and where she would otherwise be able to support herself, if her condition or the financial circumstances of the husband materially change in the future, an application to vary the allowance will be proper.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.